UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Graziele Da Silva<br>　　　　　Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director,<br>MICHAEL KROL, HSI New England Special<br>　　　　　Agent in Charge,<br>TODD LYONS, Acting Director U.S. Immigration<br>　　　　　and Customs Enforcement, and<br>KRISTI NOEM, Secretary of Homeland Security | Case No. _____<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## **INTRODUCTION**

1. Graziele Da Silva is a Brazilian national. Petitioner entered the United States without inspection on or around October 12, 2021. She was placed in removal proceedings before an immigration judge at the Boston Immigration Court. Her proceedings were dismissed on January 4, 2023.

2. On information and belief, she was unlawfully detained by federal immigration agents on September 17, 2025, at around 9 o'clock in the morning in Marlborough, Massachusetts.

3. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

4. Petitioner asks this Court to find that she was unlawfully detained and order her release.

## **JURISDICTION**

5. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

6. Venue is proper because Petitioner resides in Massachusetts and was detained in Marlborough, Massachusetts.

## PARTIES & FACTS ALLEGED

7. The Petitioner is Graziele Da Silva.

8. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

9. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

10. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

11. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

12. All respondents are named in their official capacities.

13. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

14. On information and belief, Petitioner is currently being arrested and detained in the District of Massachusetts by federal agents without cause and in violation of her constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

1) Assume jurisdiction over this matter;
2) Order that Petitioner shall not be transferred outside the District of Massachusetts;
3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition

should not be granted within three days.
4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.
5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.
6) Grant any further relief this Court deems just and proper.

Dated: Sept. 17, 2025  Respectfully submitted,

*//ss// Samantha McHugh*

_____
Samantha McHugh, Esq.
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140
339-242-0659
smchugh@bandarlawoffice.com
*Counsel for Petitioner*