UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GRAZIELE DA SILVA,                    *
                                      *
        Petitioner,                   *
                                      *
        v.                            *        Civil Action No. 1:25-cv-12638-IT
                                      *
PATRICIA HYDE, et al.,                *
                                      *
        Respondents.                  *

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 10] granting Petitioner's Petition

for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by October 14, 2025, and

Respondents' Status Update [Doc. No. 12] indicating a bond hearing was conducted, at which

time Petitioner was granted bond, this action is CLOSED.

IT IS SO ORDERED.

May 14, 2026                                   /s/ Indira Talwani
                                               United States District Judge